UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-CV-81281-DMM

NELSON FERNANDEZ,

    Plaintiff,

vs.

UZZI AMPHIBIOUS GEAR, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Nelson Fernandez ("Plaintiff"), and Defendant, UZZI AMPHIBIOUS GEAR, LLC ("Defendant"), (collectively the "Parties"), hereby advise the Court that the Parties have reached an agreement to settle this case pending execution of a settlement agreement. The Parties will file appropriate documents to close the case once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court stay or set aside all currently set deadlines pending finalization of settlement documents.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated August 16, 2021

| | |
|---|---|
| */s/ Roderick V. Hannah* <br> Roderick V. Hannah, Esq. (435384) <br> Email: *rhannah@rhannahlaw.com* <br> Roderick V. Hannah, Esq., P.A. <br> 4800 North Hiatus Rd. <br> Sunrise, Florida 33351 <br> Telephone: (954) 362-3800 <br><br> *Counsel for Plaintiff* <br><br> Pelayo M. Duran (0146595) <br> Email: *duranandassociates@gmail.com* <br> Law Office of Pelayo Duran, P.A. <br> 4640 N.W. 7th Street <br> Miami, Florida 33126 <br> Telephone: (305) 266-9780 <br><br> *Counsel for Plaintiff* | */s/ Edwin Cruz* <br> Mendy Halberstam, Esq. (68999) <br> Email: *mendy.halberstam@jacksonlewis.com* <br> Edwin Cruz, Esq. (55579) <br> Email: *edwin.cruz@jacksonlewis.com* <br> JACKSON LEWIS P.C. <br> One Biscayne Tower, Suite 3500 <br> 2 South Biscayne Boulevard <br> Miami, FL 33131 <br> Telephone: (305) 577-7600 <br><br> *Counsel for Defendant* |

4842-7731-5318, v. 1