UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-CV-81281-DMM

NELSON FERNANDEZ,

    Plaintiff,

vs.

UZZI AMPHIBIOUS GEAR, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, UZZI AMPHIBIOUS GEAR, LLC ("Defendant"), (collectively the "Parties"), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice in its entirety; and (3) the Parties shall bear their own fees, costs and expenses except as provided for in the Parties' Settlement Agreement.

Date: August 26, 2021

*/s/ Roderick V. Hannah*
Roderick V. Hannah, Esq. (435384)
Email: *rhannah@rhannahlaw.com*
Roderick V. Hannah, Esq., P.A.
4800 North Hiatus Rd.
Sunrise, Florida 33351
Telephone: (954) 362-3800

*Counsel for Plaintiff*

Pelayo M. Duran (0146595)
Email: *duranandassociates@gmail.com*
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, Florida 33126
Telephone: (305) 266-9780

*Counsel for Plaintiff*

*/s/ Edwin Cruz*
Mendy Halberstam, Esq. (68999)
Email: *mendy.halberstam@jacksonlewis.com*
Edwin Cruz, Esq. (55579)
Email: *edwin.cruz@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 577-7600

*Counsel for Defendant*