UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81281-CV-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

UZZI AMPHIBIOUS GEAR, LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), filed on August 26, 2021. (DE 10). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**SIGNED** in Chambers in West Palm Beach, Florida, this 27th day of August, 2021.

                                                  DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record